The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Choon Poong Lee
   v. Commonwealth of Virginia
   Record No. 1897-16-4
   Opinion rendered by Senior Judge Haley on
   December 19, 2017

2. Matthew John Stickle
   v. Commonwealth of Virginia
   Record No. 0660-16-1
   Opinion rendered by Judge Humphreys on
   December 27, 2017

3. Miguel Antonio Reyes
   v. Commonwealth of Virginia
   Record No. 2108-16-4
   Opinion rendered by Judge Beales on
   January 9, 2018

4. Terrance Kevin Hall
   v. Commonwealth of Virginia
   Record No. 0481-17-3
   Opinion rendered by Judge AtLee on
   January 9, 2018

5. Laurence Maria Smith, s/k/a
   Laurence Marie Smith
   v. Commonwealth of Virginia
   Record No. 1058-16-2
   Opinion rendered by Judge Beales on
   January 16, 2018

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Nathan Osburn
   v. Virginia Department of Alcoholic Beverage Control
   Record No. 0038-16-3
   Opinion rendered by Judge Humphreys
     on November 15, 2016
   Judgment of Court of Appeals upholding hearing officer's determination
     affirmed; opinion of this Court vacated by opinion rendered on
     February 22, 2018 (16177)

2. Jack Eugene Turner
   v. Commonwealth of Virginia
   Record No. 2039-15-3
   Opinion rendered by Judge Humphreys
     on November 22, 2016
   Judgment of Court of Appeals affirmed by opinion rendered on
     March 1, 2018 (161804)

3. Jennifer Broadous
   v. Commonwealth of Virginia
   Record No. 0169-16-1
   Opinion rendered by Judge Humphreys
     on February 7, 2017
   Refused (170324)

4. Rayshawn Torrell Greer
   v. Commonwealth of Virginia
   Record No. 0175-16-1
   Opinion rendered by Judge Beales
     on February 21, 2017
   Dismissed in part pursuant to Rule 5:17(c)(1)(iii) and
     refused in part (170375)

5. Stephen Keith White
   v. Commonwealth of Virginia
   Record No. 1150-16-1
   Opinion rendered by Judge Petty
     on May 2, 2017
   Refused (170729)

6. Freddie Beckham, III
   v. Commonwealth of Virginia
   Record No. 1146-16-2
   Opinion rendered by Chief Judge Huff
     on May 30, 2017
   Refused (170865)

7.  Hassan Christopher Atkins
     v. Commonwealth of Virginia
    Record No. 1542-16-2
     Opinion rendered by Judge Decker
       on July 5, 2017
     Refused (171007)

8.  Janine Helen Adelman Browning
     v. Larry Grant Browning
    Record No. 2012-16-3
     Opinion rendered by Judge Russell
       on July 25, 2017
     Dismissed pursuant to Code § 17.1-410(A)(3) and (B)
     (171316)

9.  Riverside Regional Jail Authority and
      VML Insurance Programs
     v. Morrisa Dugger
    Record No. 0153-17-2
     Opinion rendered by Judge Humphreys
       on July 25, 2017
     Dismissed pursuant to Code § 17.1-410(A)(2) and (B)
     (171324)